4 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 1/21/11

Case No. CR-02-0062 SI     Judge: SUSAN ILLSTON

Title: UNITED STATES -v- DANIEL DAVID (NC)

Attorneys: Geis     Carbone

Deputy Clerk: Tracy Sutton   Court Reporter: C. Kuhl

### PROCEEDINGS

1) Motion for Early Termination of Supervision -
2)
3)
Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Disposition : ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED
                                                         PART

Case continued to _____ Further Status re: Supreme Ct.

Case continued to ___ for Pretrial Conference

Case continued to ___ for Trial (Jury: __ Days)

Category of Excludable Delay:
**Delay begins:**          **Delay ends:**
( )

ORDERED AFTER HEARING:
The defendant is still to pay the fine/restitution as previously ordered.